**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00655-CV

---

### UNION PACIFIC RAILROAD COMPANY, Appellant

### V.

### ANDREA ALEXANDER, ET AL, Appellees

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2021-44936**

---

### MEMORANDUM OPINION

This is an appeal from an order signed November 3, 2021. On August 23, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.